IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., et al.<br><br>           Plaintiffs,<br><br>  v.<br><br>MICRO LABS USA INC., et al.<br><br>           Defendants. | C.A. No. 17-158 (LPS)<br>(CONSOLIDATED) |
| PFIZER INC., et al.<br><br>           Plaintiffs,<br><br>  v.<br><br>PRINSTON PHARMACEUTICALS INC.,<br><br>           Defendant. | C.A. No. 17-213 (LPS) |
| PFIZER INC., et al.<br><br>           Plaintiffs,<br><br>  v.<br><br>PRINSTON PHARMACEUTICALS INC.,<br><br>           Defendant. | C.A. No. 18-380 (LPS) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., PF Prism C.V., C.P. Pharmaceuticals International C.V., Pfizer Pharmaceuticals LLC, and Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V. ("Plaintiffs"), as plaintiffs in Civil Action Nos. 17-158, 17-213, and 18-380, and Prinston Pharmaceutical Inc. ("Prinston") as defendant, by their attorneys, that

    (1)    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Prinston are dismissed without prejudice.

(2) Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

(3) The parties waive any right of appeal from this Order.

(4) Each party shall bear its own costs and fees in the above-captioned actions.

(5) The U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement between Plaintiffs and Prinston.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
_____
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

January 31, 2019

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Eve H. Ormerod*
_____
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendant Prinston Pharmaceuticals Inc.*

SO ORDERED this ____ of _____ 2019.

_____
United States District Judge

2